

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Toni D Stith_
(Please print)

STREET ADDRESS: _11829 So Bishop Street_

CITY/STATE/ZIP: _Chicago, Ill, 60643_

PHONE NUMBER: _773-785-5820_

CASE NUMBER: **08CV2089**
**JUDGE MORAN**
**MAG. JUDGE VALDEZ**

_[Signature]_    4/11/08
Signature        Date

# FILED
APR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 1 1 2008