## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | William J. Hibbler |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2089 | **DATE** | 4/11/2008 |
| **CASE TITLE** | TONI STITH, etc. Vs. GERALD STITH, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiff's emergency motion for TRO, preliminary injunction and permanent injunction is denied for the reasons stated in open court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JHC |
|---|---|---|