Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2089 | DATE | 7/24/2008 |
| CASE TITLE | IN RE: CUSTODY of GE'TON STITH, MINOR vs. GERALD STITH, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Plaintiff's application for leave to proceed in forma pauperis [4] is denied. Plaintiff's motion for appointment of counsel [5] is denied. The complaint is dismissed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 25 AM 9:39
FILED